UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN L. BUIE,<br><br>              Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>             Respondent. | CASE NO. C20-6216 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's petition for habeas corpus, Dkt. 5, is **DISMISSED with prejudice**;

    (3)    Petitioner's "Motion to Compel for Information (Show Cause)," Dkt. 6, and "Motion for Vicarious Exhaustion of State Remedies," Dkt. 7, are **DENIED as moot**;

//

//

ORDER - 1

1      (3)    A certificate of appealability is **DENIED** as to all claims; and

2      (4)    This case is closed.

3      Dated this 15th day of March, 2021.

BENJAMIN H. SETTLE
United States District Judge